IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| RLI INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 07-3356 |
| | ) | |
| BENNETT COMPOSITES, INC., ET AL., | ) ) | |
| | ) | |
| Defendants. | ) | |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RLI INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 04-272 |
| | ) | |
| BENNETT COMPOSITES, INC, ET AL., | ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SATISFACTION OF JUDGMENT**

RLI INSURANCE COMPANY (RLI) hereby gives notice that the judgment entered in the United States District Court for the Eastern District of Pennsylvania in Civil Action No. 04-272 and registered in the United States District Court for the Middle District of Alabama in Case No. 07- 3356 has been satisfied in full.

{B0817658}

Respectfully submitted,

/s/ J. Scott Dickens

J. Scott Dickens
Bar Number: ASB-6823-N74J
L. Graves Stiff, III
Bar Number: ASB-0693-S70L
Attorneys for RLI Insurance Company
Starnes & Atchison LLP
P.O. Box 598512
Birmingham, Alabama 35259-8512
Phone No.: 205-868-6003
Fax: 205-868-6099
e-mail: SDickens@starneslaw.com
GStiff@starneslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2008, I hereby certify that I have mailed by United States Postal Service the document to the following:

Mr. Henry I. Frohsin
Mr. Christopher C. Haug
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
Wachovia Tower
420 20th Street North, Suite 1600
Birmingham, Alabama  35203-5202

Mr. Lee R. Benton
Benton & Centeno, LLP
2019 3rd Avenue North
Birmingham, Alabama  35203

Ms. Rachel J. Moore
Mr. Donald D. Knowlton
Najjar Denaburg, P.C.
2125 Morris Avenue
Birmingham, Alabama  35203

{B0817658}

Mr. Charles H. Stephens
5000 Spring Rock Road
Birmingham, Alabama, 35243

Mrs. Floy Stephens
5000 Spring Rock Road
Birmingham, Alabama 35243

/s/ J. Scott Dickens
J. Scott Dickens
Bar Number: ASB-6823-N74J
Attorney for RLI Insurance Company
Starnes & Atchison LLP
P.O. Box 598512
Birmingham, Alabama 35259-8512
Phone No.: 205-868-6003
Fax: 205-868-6099
e-mail: SDickens@starneslaw.com

{B0817658}